IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONNIE W. STRINGFELLOW, II and
SANDRA A. STRINGFELLOW                                          PLAINTIFFS

v.                          No. 1:12-cv-84-DPM

FEDERAL NATIONAL MORTGAGE ASSN.
("FANNIE MAE") and JPMORGAN
CHASE BANK, N.A.                                                DEFENDANTS

## ORDER

The stay is lifted.  *JPMorgan Chase Bank, N.A. v. Johnson*, ___ F.3d ___, 2013 WL 3388224 (9 July 2013).  The Court directs the parties, before they renew any motion, to confer and consider whether the *Johnson* issues can be handled by agreement.  Joint report due by 31 July 2013.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 July 2013