IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONNIE W. STRINGFELLOW, II and
SANDRA A. STRINGFELLOW                                    PLAINTIFFS

v.                       No. 1:12-cv-84-DPM

FEDERAL NATIONAL MORTGAGE ASSN.
("FANNIE MAE") and JPMORGAN
CHASE BANK, N.A.                                          DEFENDANTS

## JUDGMENT

With two exceptions, all the Stringfellows' claims are dismissed with prejudice. Their application-of-payments and foreclosure-related fees claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2014